808

No. 130. NIUKKANEN, ALIAS MACKIE, *v.* McALEX-ANDER, ACTING DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted. *Reuben Lenske* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *Julia P. Cooper* for respondent.

No. 176. MITCHELL *v.* TRAWLER RACER, INC. C. A. 1st Cir. Certiorari granted. *Morris D. Katz* for petitioner. *Paul J. Kirby* for respondent.

No. 213. LEGERLOTZ *v.* ROGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. Counsel are directed to discuss in their briefs and oral arguments, among other questions, the question whether the amendment of a "Return Order," as opposed to a "Notice of Intention to Return," is permissible, under the pertinent regulations or otherwise, and, if not, the effect of such an amendment on the pertinent limitations period.\* *Robert H. Reiter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 278. NEEDELMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *A. C. Dressler* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

---

\* [NOTE: This sentence was added by an order entered October 19, 1959.]